**NORTHPOINT TECHNOLOGY, LTD., Plaintiff–Appellant,**

v.

**DIRECTV, INC., Defendant–Appellee,**

and

**Dish Network LLC and EchoStar Technologies, LLC, Defendants–Appellees.**

No. 2011–1524.

United States Court of Appeals, Federal Circuit.

May 11, 2012.

Alisa A. Lipski, Goldstein & Lipski, PLLC, of Houston, TX, argued for the plaintiff-appellant. With her on the brief was Edward W. Goldstein.

Alexander F. MacKinnon, Kirkland & Ellis, LLP, of Los Angeles, CA, argued for all defendants-appellees. With him on the brief were R. Alexander Pilmer; and Dennis J. Abdelnour, of Washington, DC, for defendant-appellee DirecTV, Inc. of counsel was Guy Ruttenberg, of Los Angeles, CA.

Rachel Krevans, Morrison & Foerster, LLP, of San Francisco, CA, for defendants-appellees, Dish Network LLC and EchoStar Technologies, LLC. With her on the brief were Jason A. Crotty, Matthew A. Chivvis, and Diana B. Kruze.

PROST, MOORE, and WALLACH, Circuit Judges.

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED. *See* Fed. Cir. R. 36.**